**FILED**
**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL BUILDERS & DEVELOPERS INC., <br><br> Defendant. | **08 C 361** <br><br><br> **JUDGE GETTLEMAN** <br> **MAGISTRATE JUDGE VALDEZ** <br><br> Case No. |

## COMPLAINT

Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Funds"), and plaintiff James S. Jorgensen ("Jorgensen"), Administrator of the Funds, by their undersigned attorneys, and for their Complaint against Defendant Global Builders & Developers, Inc., as follows:

### COUNT I

### (Failure To Pay Employee Benefit Contributions)

1. Jurisdiction is based on Sections 502(e)(1) and (2) of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §1132(e)(1) and (2); Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. §185(a); and 28 U.S.C. §1331.

2. Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), and 28 U.S.C. §1391(a) and (b).

3. The Funds are multiemployer benefit plans within the meaning of Sections 3(3) and 3(37) of ERISA. 29 U.S.C. §1002(3) and 37(A). The Funds have offices, conduct business and administer the plans within this District. Jorgensen is the Administrator of the Funds, and has been duly authorized by the Funds' Trustees to act on behalf of the Funds in the collection of employer

contributions owed to the Funds and to the Construction and General Laborers' District Council of Chicago and Vicinity Training Fund, and with respect to the collection by the Funds of amounts which have been or are required to be withheld from the wages of employees in payment of Union dues for transmittal to the Construction and General Laborers' District Council of Chicago (the "Union"). With respect to such matters, Jorgensen is a fiduciary of the Funds within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. § 1002(21)(A).

4. Defendant Global Builders & Developers, Inc. (hereinafter "The Company"), is an Illinois corporation in good standing. The Company does business within this District and is an Employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. §1002(5), and Section 301(a) of LMRA, 29 U.S.C. §185(a).

5. The Union is a labor organization within the meaning of 29 U.S.C. §185(a). The Union and the Company are parties to a collective bargaining agreement ("Agreement"). (A copy of the "short form" Agreement entered into between the Union and the Company, which Agreement adopts and incorporates a Master Agreement between the Union and various employer associations, and also binds the Company to the Funds' respective Agreements and Declarations of Trust, is attached hereto as Exhibit A.)

6. The Funds have been duly authorized by the Construction and General Laborers' District Council of Chicago and Vicinity Training Fund (the "Training Fund"), the Midwest Construction Industry Advancement Fund ("MCIAF"), the Chicagoland Construction Safety Council (the "Safety Fund"), the Laborers' Employers' Cooperation & Education Trust ("LECET"), [the Contractors' Association of Will and Grundy Counties (the "Will County Fund"), the Concrete Contractors' Association of Greater Chicago ("CCA"), and the CDCNI/CAWCC Contractors' Industry Advancement Fund (the "Wall & Ceiling Fund"), to act as an agent in the collection of contributions due to those funds.

7. The Agreement obligates the Company to make contributions on behalf of its employees covered by the Agreement for pension benefits, health and welfare benefits, for the training fund and to submit monthly remittance reports in which the Company, *inter alia*, identifies

the employees covered under the Agreement and the amount of contributions to the Funds remitted on behalf of each covered employee.

8. The Agreement further obligates the Company to procure, carry and maintain a surety bond to guarantee payment of wages, Pension and Welfare contributions for the duration of the Agreement.

9. Notwithstanding the obligations imposed by the Agreement, the Company has:

(a) failed to report and pay contributions owed to plaintiff Laborers' Pension Fund for the period March 16, 2007 through September 30, 2007, as reflected in reports by the Funds' auditors (Exhibit B) and from October 2007 to the present, thereby depriving the Laborers' Pension Fund of contributions, income and information needed to administer the Fund and jeopardizing the pension benefits of the participants and beneficiaries;

(b) failed to report and pay contributions owed to plaintiff for the period March 16, 2007 through September 30, 2007, as reflected in reports by the Funds' auditors (Exhibit B) and from October 2007 to the present, thereby depriving the Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity of contributions, income and information needed to administer the Fund and jeopardizing the health and welfare benefits of the participants and beneficiaries; and

(c) failed to report and pay contributions owed to plaintiff for the period March 16, 2007 through September 30, 2007, as reflected in reports by the Funds' auditors (Exhibit B) and from October 2007 to the present, thereby depriving the Laborers' Training Fund of contributions, income and information needed to administer the Fund and jeopardizing the health and welfare benefits of the participants and beneficiaries;

(d) failed to maintain a surety bond to guarantee the payment of wages, Pension and Welfare contributions.

10. Despite demand duly made, the Company has not paid the required contributions or other sums due.

11. All conditions precedent to requiring contributions and reports to the Funds have been met.

12. The Company's actions in failing to make timely reports and contributions violate

3

Section 515 of ERISA, 29 U.S.C. §1145, and Section 301 of the LMRA. 29 U.S.C. §185.

13. Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. §1132(g)(2), and the terms of the Funds' Trust Agreements, the Company is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid contributions, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiff respectfully requests this Court enter a judgment against Defendant Global Builders & Developers, Inc., for the amounts of contributions owed to date together with all accrued delinquencies after suit, interest, liquidated damages, attorneys' fees and costs, directing the Company to obtain and maintain a surety bond to guarantee payment of wages, Pension and Welfare contributions as required by the Agreement, and an order directing Defendant to timely submit reports and upon demand by Plaintiffs submit to an audit, and any other legal and equitable relief as the Court deems appropriate.

## COUNT II

### (Failure To Pay Union Dues)

14 Plaintiff realleges paragraphs 1 through 8 of Count I.

15. Pursuant to the Agreement, the Funds have been duly designated to serve as collection agents for the Union and that the Funds have been given the authority to collect from employers union dues which should have been and/or have been deducted from the wages of covered employees.

16. Notwithstanding the obligations imposed by the Agreement, the Company has failed to withhold and/or to report to and forward the union dues that were deducted or should have been deducted from the wages of employees for the period from March 16, 2007 through September 30, 2007, as reflected in reports by the Funds' auditors (Exhibit B) and from October 2007 to the present, thereby depriving the Union of income.

17. Pursuant to the Agreement, the Company is liable to the Fund for the unpaid union dues, as well as reasonable attorneys' fees, as the Union's collection agent, and costs, and such other legal and equitable relief as the Court deems appropriate.

18. The Company's actions have violated and are violating Section 301(a) of the LMRA, 29 U.S.C. § 185(a).

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment against Defendant, Global Builders & Developers Inc., for the amount of the union dues owed to date together with all attorneys' fees and costs, and any other legal and equitable relief as the Court deems appropriate.

By: /s/ Karen I. Engelhardt
Attorneys for Plaintiff

Wesley G. Kennedy
Karen I. Engelhardt
Angie Cowan
Josiah Groff
ALLISON, SLUTSKY & KENNEDY, P.C.
230 W. Monroe Street
Chicago, Illinois 60606
(312) 364-9400

January 8, 2008

Fax sent by : 17089477295    LABORS FIELD DEPT    01/16/2008 01:00:00 10:13a    Pg: 2/11
Case 1:08-cv-00361    Document 1    Filed 01/16/2008    Page 6 of 10
TO: H & W / JEAN    13123 LABORERS DISTRICT COUNCIL    NO. 3474    P. 1    02



# CONSTRUCTION & GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY

AFFILIATED WITH THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO
101 BURR RIDGE PARKWAY • SUITE 300 • BURR RIDGE, IL 60527 • PHONE: 630/655-5289 • FAX: 630/655-8852

## INDEPENDENT CONSTRUCTION INDUSTRY COLLECTIVE BARGAINING AGREEMENT

It is hereby stipulated and agreed by and between **Global Builders Developing, INC** ("Employer") and the Construction and General Laborers' District Council of Chicago and Vicinity, Laborers' International Union of North America, AFL-CIO ("Union"), representing and encompassing its affiliated Local Unions, including Local Nos. 1, 2, 4, 5, 6, 25, 75, 76, 96, 118, 149, 152, 225, 269, 288, 582, 681, 1001, 1006, 1035, 1092, together with any other Local Unions that may come within the Union's jurisdiction ("Local Union"), and encompassing the geographic areas of Cook, Lake, DuPage, Will, Grundy, Kendall, Kane, McHenry and Boone counties, Illinois.

1. **Recognition.** [text illegible]
2. **Labor Contract.** [text illegible]
3. **Dues Checkoff.** [text illegible]
4. **Work Jurisdiction.** [text illegible]
5. **Fringe Benefits.** [text illegible]
6. **Wages and Industry Funds.** [text illegible]
7. **Contract Enforcement.** [text illegible]
8. **Successors.** [text illegible]
9. **Termination.** This Agreement shall remain in full force and effect from June 1, 2007 (unless noted differently below) through May 31, 2008 [text illegible]
10. **Deposition.** [text illegible]

Dated: **3/16/07** , 20 **07** .

ACCEPTED:
Laborers' Local Union No. **4**

By: _Michael Lane_ [signature]

CONSTRUCTION AND GENERAL LABORERS'
DISTRICT COUNCIL OF CHICAGO AND VICINITY

By: [signature] Frank Riley, President & Secretary-Treas.

By: [signature] James P. Connolly, Business Manager

For Office Use Only: _____

**Global Builders Developing** (Employer)
FEIN No.: **01-0873129**
By: **Cassey Chavez Quinn** (Print Name and Title)
[signature]
**1948 N. Ashbrook**
**Romeoville IL 60446** (City, State and Zip Code)
**630-415-9885** office    **866-632-2675** (Telephone/Telefax)

WHITE - LOCAL UNION    CANARY - TRUST FUND    PINK - DISTRICT COUNCIL    GOLD - EMPLOYER

**Exhibit A**

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910

November 2, 2007

Board of Trustees of the Various
Fringe Benefit Funds of the
Laborers Pension & Welfare Funds

RE: Global Bldrs & Development (34691)

We have performed a fringe benefit contribution compliance audit of Global Bldrs. & Development, for the period from March 16, 2007 through September 30, 2007. The audit encompassed the comparison of individual earnings reports to certain payroll tax and fund reports and a review of the general disbursement records.

The comparison and review indicate that the employer has not complied with its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $12,416.62 |
| PENSION | 8,762.72 |
| TRAINING | 336.24 |
| LECET | 78.54 |
| LMCC | 188.46 |
| CAICA | 125.64 |
| DUES | 1,366.63 |
| TOTAL | $23,274.85 |

In addition, the employer could not provide proof of a current wage and fringe benefit bond.

RICHARD J. WOLF AND COMPANY, INC.

**Exhibit B**

11/2/2007 — Page 1 of 5

**LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION**

GLOBA. BLDRS & EVELOPMENT - #34691

YEAR: 6/07 to 5/08

ADDITIONAL LECET, LMCC & CAIC 1 HOURS and/or WORK DUES  6/07 - 5/08

| S.S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARRELANO, JUAN 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 | # | Hours | - | - | 1.00 | - | - | - | - | - | - | - | - | - | 1.00 |
|  |  | Gross $ | - | - | 33.15 | - | - | - | - | - | - | - | - | - | $ 33.15 |

TOTAL HOURS: 1.00
TOTAL GROSS $: $ 33.15

Amount Due To Funds:

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| PENSION | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TRAINING | $ - | $ - | $ 0.05 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.05 |
| LECET | $ - | $ - | $ 0.12 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.12 |
| LMCC | $ - | $ - | $ 0.08 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.08 |
| CAICA | $ - | $ - | $ 0.91 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.91 |
| DUES |  |  |  |  |  |  |  |  |  |  |  |  |  |
| TOTAL | $ - | $ - | $ 1.16 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.16 |

Rates: 6/1/07 to 5/31/08
WELFARE
PENSION        LMCC     0.12
TRAINING       CAICA    0.08
LECET   0.05   DUES     2.75%

11/2/2007

**LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION**

**YEAR: 6/06 to 5/07**

G...... BLDRS DEVELOPMENT - #34691

UNREPO... HOURS and/or WORK DUES  6/06 to 5/07

| S.S.# | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERRANO, CESAR 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 | 15.00 | Hours | - | - | | - | - | - | - | - | - | - | - | 181.00 | 181.00 |
| | | Gross $ | - | - | | - | - | - | - | - | - | - | - | 5,710.55 | $ 5,710.55 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | - | - | | - | - | - | - | - | - | - | - | 181.00 | 181.00 |
| TOTAL GROSS $ | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,710.55 | $ 5,710.55 |

**Amount Due To Funds:**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,350.26 | $ 1,350.26 |
| PENSION | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 876.04 | $ 876.04 |
| TRAINING | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 30.77 | $ 30.77 |
| LECET | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 9.05 | $ 9.05 |
| LMCC | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 21.72 | $ 21.72 |
| CAICA | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.48 | $ 14.48 |
| DUES | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 99.93 | $ 99.93 |
| TOTAL | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,402.25 | $ 2,402.25 |

| Rates: | 6/1/06 | to | 5/31/07 | |
|---|---|---|---|---|
| WELFARE | 7.46 | LMCC | 0.12 | |
| PENSION | 4.84 | CAICA | 0.08 | |
| TRAINING | 0.17 | DUES | 1.75% | |
| LECET | 0.05 | | | |

11/2/2007 — Page 3 of 5

**LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION**
**BLDRS & DEVELOPMENT - #34691**

**YEAR: 6/07 to 5/08**

**UNREPORTED HOURS and/or WORK DUES    6/07 to 5/08**

| S.S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BANUELOS, JORGE 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 | 14.00 | Hours | 86.50 | 109.00 | 49.5 | 107.5 | - | - | - | - | - | - | - | - | 352.50 |
|  |  | Gross $ | 2,867.48 | 3,613.35 | 1,64_ | 3,563.6_ | - | - | - | - | - | - | - | - | $11,685.39 |
| GIMINSKI, STEFAN 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 | 15.00 | Hours | 172.50 | - | - | - | - | - | - | - | - | - | - | - | 172.50 |
|  |  | Gross $ | 5,718.38 | - | - | - | - | - | - | - | - | - | - | - | $5,718.38 |
| RAMIREZ, RAFAEL 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 | 15.00 | Hours | 138.00 | - | - | - | - | - | - | - | - | - | - | - | 138.00 |
|  |  | Gross $ | 4,574.70 | - | - | - | - | - | - | - | - | - | - | - | $4,574.70 |
| SERRANO, CESAR 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 | 15.00 | Hours | 181.00 | 193.00 | 16_ | - | - | - | - | - | - | - | - | - | 543.00 |
|  |  | Gross $ | 6,000.15 | 6,397.95 | 5__ | - | - | - | - | - | - | - | - | - | $18,000.45 |
| TOVAR, EVERARDO 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 | 15.00 | Hours | 66.00 | 16.50 | - | - | - | - | - | - | - | - | - | - | 82.50 |
|  |  | Gross $ | 2,187.90 | 548.98 | - | - | - | - | - | - | - | - | - | - | $2,734.88 |
| ZEPEDA, JR., CESAR 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 | 14.00 | Hours | 84.50 | 15.50 | - | - | - | - | - | - | - | - | - | - | 100.00 |
|  |  | Gross $ | 2,801.18 | 513.83 | - | - | - | - | - | - | - | - | - | - | $3,315.01 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | 728.50 | 334.00 | 21_ | 107.5 | - | - | - | - | - | - | - | - | 1,388.50 |
| TOTAL GROSS $ | $24,149.79 | $11,072.11 | $7,_ | $3,563.6_ | - | - | - | - | - | - | - | - | $46,028.81 |

**Amount Due To Funds:**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $5,806.15 | $2,661.98 | $1,74_ | $856.7_ | - | - | - | - | - | - | - | - | $11,066.36 |
| PENSION | $4,137.88 | $1,897.12 | $1,13_ | $61_._ | - | - | - | - | - | - | - | - | $7,886.68 |
| TRAINING | $160.27 | $73.48 | _ | $23._ | - | - | - | - | - | - | - | - | $305.47 |
| LECET | $36.43 | $16.70 | _ | _ | - | - | - | - | - | - | - | - | $69.44 |
| LMCC | $87.42 | $40.08 | _ | _ | - | - | - | - | - | - | - | - | $166.62 |
| CAICA | $58.28 | $26.72 | _ | _ | - | - | - | - | - | - | - | - | $111.08 |
| DUES | $664.12 | $304.48 | 1_ | _ | - | - | - | - | - | - | - | - | $1,265.79 |
| **TOTAL** | $10,950.55 | $5,020.56 | $3,_ | $1,_ | - | - | - | - | - | - | - | - | $20,871.44 |

| Rates: | 6/1/07 | | | |
|---|---|---|---|---|
| WELFARE | 7.97 | LMCC | 0.__ | |
| PENSION | 5.68 | CAICA | 0.__ | |
| TRAINING | 0.22 | DUES | 2.75% | |
| LECET | 0.05 | | | |