## United States District Court for the Northern District of Illinois

Case Number: 08CV361

Assigned/Issued By: J. N.

Judge Name: GETTLEMAN

Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2469789

Date Payment Rec'd: 1-16-08   Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

1 Original and 0 copies on 1-16-08 as to DEFENDANT
                          (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05