# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number: 08 C 361
LABORERS' PENSION FUND et al, Plaintiffs,
v.
GLOBAL BUILDERS & DEVELOPERS, INC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GLOBAL BUILDERS & DEVELOPERS, INC

| | |
|---|---|
| NAME (Type or print) THOMAS J. WESTGARD | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Thomas J Westgard | |
| FIRM Illinois Mechanics Liens | |
| STREET ADDRESS 6970 N Sheridan Rd #C | |
| CITY/STATE/ZIP Chicago, Illinois 60626 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6256846 | TELEPHONE NUMBER (773) 338-3643 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |