IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNSEL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL BUILDERS & DEVELOPERS INC.,<br><br>Defendant. | *Judge Gettleman*<br>*Magistrate Valdez*<br><br><br><br><br><br><br><br><br>08 C 361 |

AGREED MOTION FOR EXTENSION OF TIME

     NOW COMES Defendant Global Builders and Developers, Inc., (hereinafter "Global") by counsel and moves for an extension of time within which to file an answer or other responsive pleading, and in support hereof, states the following:

     1.     On January 27, 2008, an agent of Global was served with a complaint and summons in the present matter. Without extension of time within which to respond, Global is currently obligated to file a responsive pleading on or before Saturday, February 16, 2008.

     2.     On January 29, 2008, undersigned counsel for Global spoke by telephone with Karen Englehardt, counsel for plaintiffs, regarding a resolution of the present dispute by agreement and without further need for court intervention. Counsel for all parties agreed that a 14-day extension of time in which to file a responsive pleading would facilitate an agreed resolution and properly conserve resources.

     3.     Counsel requests that this relief be granted without need for physical appearance, but if the Court deems otherwise, that argument on the motion be heard before Judge Gettleman or Magistrate Valdez on Wednesday, February 20, 2008, at 9:15 am.

WHEREFORE, Defendant Global Builders and Developers, Inc. respectfully requests that this Court enter an order granting Global leave to file an answer or other responsive pleading on or before Saturday, March 1, 2008, and for such other and further relief as this court deems just and proper.

    Respectfully Submitted,
GLOBAL BUILDERS
    AND DEVELOPERS, INC.

/s/ Thomas J. Westgard
_____
Thomas J. Westgard
One of its attorneys

Thomas J. Westgard
Attorney at Law
6970 N Sheridan Road #C
Chicago, Illinois 60626
(773) 338-3643 voice
(773) 338-3674 fax
tom@lienmechanics.com
http://www.lienmechanics.com
ARDC# 6256846

Certificate of Service

I, Thomas J. Westgard, an attorney, served notice of this Motion to all counsel who have filed appearances as of this date through the electronic notification stated in Section XI of this Court's General Order 07-0023: General Order on Electronic Case Filing.

/s/ Thomas J. Westgard
_____
Thomas J. Westgard
an attorney