**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LABORERS' PENSION FUND and
LABORERS' WELFARE FUND OF THE
HEALTH AND WELFARE DEPARTMENT
OF THE CONSTRUCTION AND GENERAL
LABORERS' DISTRICT COUNSEL OF
CHICAGO AND VICINITY, and JAMES S.
JORGENSEN, Administrator of the Funds,

     Plaintiffs,

  v.

GLOBAL BUILDERS & DEVELOPERS INC.,

     Defendant.

*Judge Gettleman*
*Magistrate Valdez*

08 C 361

NOTICE OF MOTION

    NOW COMES Defendant Global Builders and Developers, Inc., (hereinafter "Global") by counsel and serves notice that it shall present its Motion for Extension of Time, filed this date, on Wednesday, February 20, 2008 at 9:15 am before Judge Gettleman at the United States District Court in Chicago, Illinois, or at such other time and place as the Court may order.

        Respectfully Submitted,
        GLOBAL BUILDERS
         AND DEVELOPERS, INC.

        /s/ Thomas J. Westgard
        _____
         Thomas J. Westgard
         One of its attorneys

        Thomas J. Westgard
        Attorney at Law
        6970 N Sheridan Road #C

Chicago, Illinois 60626
(773) 338-3643 voice
(773) 338-3674 fax
tom@lienmechanics.com
http://www.lienmechanics.com
ARDC# 6256846


Certificate of Service

I, Thomas J. Westgard, an attorney, served notice of this Motion to all counsel who have filed appearances as of this date through the electronic notification stated in Section XI of this Court's General Order 07-0023: General Order on Electronic Case Filing.


/s/ Thomas J. Westgard
_____

Thomas J. Westgard
an attorney