## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Laborers' Pension Fund, et al.
>                             Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00361
　　　　　　　　　　　　　　　　　　　Honorable Robert W. Gettleman

Global Builders & Developers Inc.
>                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

　　　MINUTE entry before Judge Robert W. Gettleman: Status hearing is re−set to 3/26/2008 at 09:00 a.m. Telephone notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.