## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LABORERS' PENSION FUND and
LABORERS' WELFARE FUND OF THE
HEALTH AND WELFARE DEPARTMENT
OF THE CONSTRUCTION AND GENERAL
LABORERS' DISTRICT COUNSEL OF
CHICAGO AND VICINITY, and JAMES S.
JORGENSEN, Administrator of the Funds,

            Plaintiffs,

      v.

GLOBAL BUILDERS & DEVELOPERS INC.,

            Defendant.

*Judge Gettleman*
*Magistrate Valdez*

08 C 361

## AGREED INITIAL STATUS REPORT

NOW COME Plaintiffs and Defendant by counsel and by agreement, and in compliance with this Court's standing order for initial status report, state the following:

1.      This matter is set for an initial status hearing on 3/26/2008.

2.      Attorneys for Plaintiff are Allison, Slutsky & Kennedy, with Angie Cowan, Esq. as the primary responsible counsel. Attorney for Defendant is Thomas Westgard.

3.      The basis of federal jurisdiction is original under ERISA, the federal statute under which Plaintiff's claims are made. Defendant does not challenge jurisdiction.

4.      Neither party has requested a jury.

5.      Plaintiff asserts two counts under ERISA, alleging failure to report and pay contributions to its funds, failure to pay dues, and failure to maintain a surety bond. Defendant claims that no such payments were owed. The essential facts are that the Defendant is a party to an agreement that obligates payment of contributions to Plaintiffs for workers performing duties that fall under that contract. The fundamental factual

dispute is whether the Defendant's employees did work that would cause the obligation to pay the funds demanded by Plaintiffs. There are no counterclaims.

6.      The complaint names $23,274.85 as an amount owed as of 11/2/2007, the additional amounts may be due for the period of October 2007 through the present, as well as for attorneys fees, interest and penalties which are collectable under ERISA. Additional amounts may be owed as further stated in the agreement between the parties.

7.      All parties have been served.

8.      The principal legal issues are the general application of ERISA to the agreement between the parties.

9.      All anticipated motions to be filed have not yet been determined.

10.     The principal factual issue is whether the Defendant's employees did work which would impact the agreement between the parties.

11.     The proposed discovery plan is as follows:

26(a)(1) statements will be exchanged on April 25, 2008

All written requests for discovery will be issued by May 26, 2008

Answers to written discovery will be due on July 26, 2008

On October 26, 2008, all discovery must be completed including the taking of depositions.

12.     The parties propose a hearing in this case be held in December 2008.  The parties request that a pretrial conference be held a week before the hearing date.  A trial in this case will take one or two days.

13.     The parties believe that a settlement conference may be appropriate after the close of discovery.

14.     The parties consent to trial before a magistrate judge.

Respectfully Submitted,
GLOBAL BUILDERS

AND DEVELOPERS, INC.

/s/ Thomas J. Westgard

_____

      Thomas J. Westgard
      One of its attorneys


Thomas J. Westgard
Attorney at Law
6970 N Sheridan Road #C
Chicago, Illinois 60626
(773) 338-3643 voice
(773) 338-3674 fax
tom@lienmechanics.com
http://www.lienmechanics.com
ARDC# 6256846


Certificate of Service

I, Thomas J. Westgard, an attorney, served notice of this Answer to all counsel who have
filed appearances as of this date through the electronic notification stated in Section XI of
this Court's General Order 07-0023: General Order on Electronic Case Filing.


/s/ Thomas J. Westgard

_____

Thomas J. Westgard
an attorney