UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Laborers' Pension Fund, et al.
                              Plaintiff,

v.                                            Case No.: 1:08−cv−00361
                                                      Honorable Robert W. Gettleman

Global Builders & Developers Inc.
                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, )mailed notice.

Dated: March 31, 2008

                                                                    /s/ Robert W. Gettleman

                                                                   United States District Judge