IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN,<br><br>           Plaintiffs,<br><br>v.<br><br>GLOBAL BUILDERS & DEVELOPERS, INC.<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 08 CV 361<br>)<br>)  Judge Gettleman<br>)<br>)  Magistrate Judge Valdez<br>)<br>) |

**AGREED INITIAL STATUS REPORT**

NOW COME Plaintiffs and Defendant by counsel and by agreement, and in compliance with this Court's standing order for initial status hearing, state the following:

1. Attorneys for Plaintiff are Allison, Slutsky & Kennedy, with Angie Cowan, Esq. as the primary responsible counsel. Attorney for Defendant is Thomas Westgard. Plaintiffs assert two counts under ERISA, alleging failure to report and pay contributions to its funds, failure to pay dues, and failure to maintain a surety bond. Defendant claims that no such payments were owed. The essential facts are that the Defendant is a party to an agreement that obligates payment of contributions to Plaintiffs for workers performing duties that fall under that contract. The fundamental factual dispute is whether the Defendant's employees did work that would cause the obligation to pay the funds demanded by Plaintiffs. There are no counterclaims.

2. The complaint names $23,274.85 as an amount owed as of 11/2/2007, the additional amounts may be due for the period of October 2007 through the present, as well as attorneys' fees, interest and penalties which are collectable under ERISA. Additional amounts may be owed as further stated in the Agreement between the parties.

3. This matter was referred for discovery supervision and settlement.

4. Currently, there is no briefing on the matters referred.

5. At this time, no discovery has been completed. The following discovery is

contemplated: Requests to Admit; Requests for Production; Interrogatories and Depositions.

      6.      The parties consent to a trial before a magistrate judge.

      7.      Judge Gettleman set August 21, 2008 as the discovery cut-off date. No dates were set for the pretrial order or trial. If necessary, the parties would be available for a trial in this matter in October 2008.

      8.      The parties hope to settle this matter; however, true settlement discussions cannot take place until a second audit has been completed. The auditor and the Company are currently working on completing the audit.

Respectfully submitted,

Wesley G. Kennedy
Karen I. Engelhardt
N. Elizabeth Reynolds
Angie M. Cowan
Josiah A. Groff

By:   /s/ Angie M. Cowan

Attorneys for Plaintiffs

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street
Suite 2600
Chicago, Illinois 60606
(312) 364-9400

April 23, 2008

Certificate of Service

The undersigned, an attorney, served notice of this Agreed Initial Status to all counsel who have filed appearances as of this date through the electronic notification stated in Section XI of this Court's General Order 07-0023: General Order on Electronic Case Filing.

/s/ Angie M. Cowan
_____
Angie M. Cowan