IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GLOBAL BUILDERS & DEVELOPERS, INC.<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 08 CV 361<br>)<br>)  Magistrate Judge Valdez<br>)<br>)<br>)<br>) |

## AGREED DISCOVERY PLAN

NOW COME Plaintiffs and Defendant, by counsel and by agreement, proposing the following discovery plan:

1. 26(a)(1) statements will be exchanged on May 23, 2008;

2. All written requests for discovery will be issued by June 23, 2008;

3. Answers to written discovery will be due on August 22, 2008; and

4. On October 23, 2008, all discovery must be completed including the taking of depositions.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Wesley G. Kennedy
　　　　　　　　　　　　　　　　　　　　Karen I. Engelhardt
　　　　　　　　　　　　　　　　　　　　N. Elizabeth Reynolds
　　　　　　　　　　　　　　　　　　　　Angie M. Cowan
　　　　　　　　　　　　　　　　　　　　Josiah A. Groff

　　　　　　　　　　　　　　　　By:　/s/ Angie M. Cowan
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street
Suite 2600
Chicago, Illinois 60606
(312) 364-9400

May 8, 2008

## Certificate of Service

The undersigned, an attorney, served notice of this Agreed Initial Status to all counsel who have filed appearances as of this date through the electronic notification stated in Section XI of this Court's General Order 07-0023: General Order on Electronic Case Filing.

/s/ Angie M. Cowan
_____
Angie M. Cowan