## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Laborers' Pension Fund, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00361
                                                Honorable Maria Valdez

Global Builders & Developers Inc.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 13, 2008:

    MINUTE entry before Judge Honorable Maria Valdez: Court adopts the agreed discovery plan as follows: 26(a)(1) Statements will be exchanged on 5/23/08. All written requests for discovery will be issued by 6/23/08. Answers to written discovery will be due on 8/22/08. All discovery must be completed including the taking of depositions by 10/23/08. Status hearing set for 5/27/08 is hereby stricken and reset for 8/20/2008 at 09:30 AM. Mailed notice(yp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.